**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**


SIMEON J. BRIGGS,
    Plaintiffs


v.                                          C.A. No. 09-456 S


ASHBEL T. WALL, ET AL.,
    Defendants


## ORDER

The Report and Recommendation of United States Magistrate

Judge Jacob Hagopian filed on November 25, 2009, in the above-

captioned matter is hereby accepted pursuant to Title 28 United

States Code § 636(b)(1).  No objection having been filed to the

Report & Recommendation, the Plaintiffs' Motion to Proceed *In

Forma Pauperis* is DENIED.  Further, the Complaint is hereby

DISMISSED for failure to state a claim upon which relief may be

granted.

                              By Order,


                              _____
                              Deputy Clerk

ENTER:


_____
William E. Smith
United States District Judge

Date: 12/16/09